# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: William G. Mahon  
       Marjorie A. Mahon

BK NO. 20-00726 RNO

Chapter 7

       Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/ James C. Warmbrodt, Esquire**  
                                James C. Warmbrodt, Esquire  
                                KML Law Group, P.C.  
                                BNY Mellon Independence Center  
                                701 Market Street, Suite 5000  
                                Philadelphia, PA  19106  
                                215-627-1322