```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                            Case No. 20-00726-RNO
Marjorie A Mahon                                                  Chapter 7
William G Mahon
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 2          Date Rcvd: Mar 25, 2020
                              Form ID: ntnew341          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb        +Marjorie A Mahon,    William G Mahon,    123 Snowflake Dr,   Blakeslee, PA 18610-7865
5306229       +Apex Asset,    2501 Oregon Pike Suite 120,   Lancaster, PA 17601-4890
5306230       +Ars Account Resolution,   1643 Nw 136th Ave Ste 10,   Sunrise, FL 33323-2857
5306244      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:   Sears,   PO Box 183081,   Columbus, OH 43218)
5306236       +Emerald Lakes Associates,   1112 Glade Dr S,   Long Pond, PA 18334-7904
5306237       +Geisinger,   100 North Academy Avenue,   Danville, PA 17822-0001
5306239       +Keystone College,   1 College Rd,   La Plume, PA 18440-1099
5306240       +Mira Med,   PO Box 1629,   Maryland Heights, MO 63043-0629
5306243       +Nationstar/Mr Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
5306245       +Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
5306252       +Td Bank Usa/Targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
5306253       +Tdrcs/Raymour & Flanig,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
5306254       +Wells Fargo Bank,   Po Box 14517,   Des Moines, IA 50306-3517
5306255       +Wf Bank Na,   Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 19:15:04
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5306228       +E-mail/Text: ally@ebn.phinsolutions.com Mar 25 2020 19:10:40     Ally Financial,
               200 Renaissance Ctr # B0,   Detroit, MI 48243-1300
5306231       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 19:15:04     Capitalone,
               Po Box 30253,   Salt Lake City, UT 84130-0253
5306232       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2020 19:11:15     Comenity Bank/Womnwthn,
               Po Box 182789,   Columbus, OH 43218-2789
5306233       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2020 19:11:15     Comenitybank/Brylaneho,
               Po Box 182789,   Columbus, OH 43218-2789
5306234       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 25 2020 19:11:28
               Credit Collection Serv,    725 Canton St,   Norwood, MA 02062-2679
5309388        E-mail/Text: mrdiscen@discover.com Mar 25 2020 19:11:10     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5306235       +E-mail/Text: mrdiscen@discover.com Mar 25 2020 19:11:10     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
5306238        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 25 2020 19:15:19     Jpmcb Card,
               Po Box 15369,   Wilmington, DE 19850
5306241       +E-mail/Text: mmrgbk@miramedrg.com Mar 25 2020 19:11:21     Mira Med,   PO Box 536,
               Linden, MI 48451-0536
5306242       +E-mail/Text: Harris@ebn.phinsolutions.com Mar 25 2020 19:11:30     Miramedrg,
               111 West Jackson,   Chicago, IL 60604-3589
5306246       +E-mail/PDF: clerical@simmassociates.com Mar 25 2020 19:14:47     Simm Associates,
               800 Pencader Drive,   Newark, DE 19702-3354
5306248       +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 19:15:02     Syncb/Hsn,   Po Box 965017,
               Orlando, FL 32896-5017
5306249       +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 19:14:47     Syncb/Jcp,   Po Box 965007,
               Orlando, FL 32896-5007
5306250       +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 19:14:47     Syncb/Payp,   Po Box 965005,
               Orlando, FL 32896-5005
5306251       +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 19:15:03     Syncb/Qvc,   Po Box 965018,
               Orlando, FL 32896-5018
5307334       +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 19:15:02     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5306247       Swiss Colony,   PO Box 2814
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0314-5           User: AutoDocke            Page 2 of 2                 Date Rcvd: Mar 25, 2020
                               Form ID: ntnew341         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 2 William G Mahon patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 1 Marjorie A Mahon patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,  PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Marjorie A Mahon, <br> **Debtor 1** <br><br> William G Mahon, <br> **Debtor 2** | Chapter     7 <br><br> Case No.     5:20–bk–00726–RNO |
| **Notice** ||

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: April 24, 2020 <br><br> Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 25, 2020 |

ntnew341 (04/18)