```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                  Case No. 20-00726-RNO
Marjorie A Mahon                                                        Chapter 7
William G Mahon
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2            Date Rcvd: Apr 16, 2020
                              Form ID: ntcovid             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         +Marjorie A Mahon,    William G Mahon,    123 Snowflake Dr,    Blakeslee, PA 18610-7865
5306229        +Apex Asset,    2501 Oregon Pike Suite 120,    Lancaster, PA 17601-4890
5306230        +Ars Account Resolution,    1643 Nw 136th Ave Ste 10,    Sunrise, FL 33323-2857
5306244       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Sears,    PO Box 183081,    Columbus, OH 43218)
5306236        +Emerald Lakes Associates,    1112 Glade Dr S,    Long Pond, PA 18334-7904
5306237        +Geisinger,    100 North Academy Avenue,    Danville, PA 17822-0001
5318911        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5306239        +Keystone College,    1 College Rd,    La Plume, PA 18440-1099
5306240        +Mira Med,    PO Box 1629,    Maryland Heights, MO 63043-0629
5306243        +Nationstar/Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5306245        +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
5306252        +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
5306253        +Tdrcs/Raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
5306254        +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
5306255        +Wf Bank Na,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2020 19:55:53
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5306228        +E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2020 19:46:01      Ally Financial,
                 200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
5306231        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2020 19:56:28      Capitalone,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
5306232        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 16 2020 19:47:43      Comenity Bank/Womnwthn,
                 Po Box 182789,    Columbus, OH 43218-2789
5306233        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 16 2020 19:47:43      Comenitybank/Brylaneho,
                 Po Box 182789,    Columbus, OH 43218-2789
5306234        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 16 2020 19:48:10
                 Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
5309388         E-mail/Text: mrdiscen@discover.com Apr 16 2020 19:47:22      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5306235        +E-mail/Text: mrdiscen@discover.com Apr 16 2020 19:47:22      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
5306238         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 16 2020 19:56:23      Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
5306241        +E-mail/Text: mmrgbk@miramedrg.com Apr 16 2020 19:47:50      Mira Med,    PO Box 536,
                 Linden, MI 48451-0536
5306242        +E-mail/Text: Harris@ebn.phinsolutions.com Apr 16 2020 19:48:15       Miramedrg,
                 111 West Jackson,    Chicago, IL 60604-3589
5306246        +E-mail/PDF: clerical@simmassociates.com Apr 16 2020 19:56:26      Simm Associates,
                 800 Pencader Drive,    Newark, DE 19702-3354
5306248        +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 19:55:42      Syncb/Hsn,   Po Box 965017,
                 Orlando, FL 32896-5017
5306249        +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 19:55:50      Syncb/Jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
5306250        +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 19:55:42      Syncb/Payp,   Po Box 965005,
                 Orlando, FL 32896-5005
5306251        +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 19:55:40      Syncb/Qvc,   Po Box 965018,
                 Orlando, FL 32896-5018
5307334        +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2020 19:56:24      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5306247          Swiss Colony,   PO Box 2814
5318912*       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5318915*       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
                                                                                     TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Patrick James Best    on behalf of Debtor 2 William G Mahon patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Patrick James Best    on behalf of Debtor 1 Marjorie A Mahon patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
           PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 5
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Marjorie A Mahon, <br>   **Debtor 1** <br><br> William G Mahon, <br>   **Debtor 2** | Chapter   7 <br><br> Case No.   5:20−bk−00726−RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting will be held telephonically, refer to the call−in instructions. | Date: April 24, 2020 <br><br> Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 16, 2020 |

ntcovid (04/18)

**CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Effective March 30, 2020)**

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |