```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 20-00726-RNO
Marjorie A Mahon                                                        Chapter 7
William G Mahon
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin                 Page 1 of 2            Date Rcvd: Jun 01, 2020
                              Form ID: 318                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db/jdb         +Marjorie A Mahon,    William G Mahon,    123 Snowflake Dr,    Blakeslee, PA 18610-7865
5306229        +Apex Asset,    2501 Oregon Pike Suite 120,    Lancaster, PA 17601-4890
5306230        +Ars Account Resolution,    1643 Nw 136th Ave Ste 10,    Sunrise, FL 33323-2857
5306236        +Emerald Lakes Associates,    1112 Glade Dr S,    Long Pond, PA 18334-7904
5306237        +Geisinger,    100 North Academy Avenue,    Danville, PA 17822-0001
5318911        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5306239        +Keystone College,    1 College Rd,    La Plume, PA 18440-1099
5306240        +Mira Med,    PO Box 1629,    Maryland Heights, MO 63043-0629
5306243        +Nationstar/Mr Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5321809        +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
5306253        +Tdrcs/Raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
5306255        +Wf Bank Na,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Jun 01 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5306228        +EDI: GMACFS.COM Jun 01 2020 23:43:00      Ally Financial,    200 Renaissance Ctr # B0,
                 Detroit, MI 48243-1300
5306244         EDI: SEARS.COM Jun 01 2020 23:43:00      Sears,    PO Box 183081,    Columbus, OH 43218
5306231        +EDI: CAPITALONE.COM Jun 01 2020 23:43:00      Capitalone,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
5306232        +EDI: WFNNB.COM Jun 01 2020 23:43:00      Comenity Bank/Womnwthn,    Po Box 182789,
                 Columbus, OH 43218-2789
5306233        +EDI: WFNNB.COM Jun 01 2020 23:43:00      Comenitybank/Brylaneho,    Po Box 182789,
                 Columbus, OH 43218-2789
5306234        +EDI: CCS.COM Jun 01 2020 23:43:00      Credit Collection Serv,    725 Canton St,
                 Norwood, MA 02062-2679
5309388         EDI: DISCOVER.COM Jun 01 2020 23:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
5306235        +EDI: DISCOVER.COM Jun 01 2020 23:43:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
5306238         EDI: JPMORGANCHASE Jun 01 2020 23:43:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850
5306241        +E-mail/Text: mmrgbk@miramedrg.com Jun 01 2020 20:01:44      Mira Med,    PO Box 536,
                 Linden, MI 48451-0536
5306242        +EDI: PHINHARRIS Jun 01 2020 23:38:00      Miramedrg,    111 West Jackson,
                 Chicago, IL 60604-3589
5306245        +EDI: SEARS.COM Jun 01 2020 23:43:00      Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
5306246        +E-mail/PDF: clerical@simmassociates.com Jun 01 2020 20:05:29      Simm Associates,
                 800 Pencader Drive,    Newark, DE 19702-3354
5306248        +EDI: RMSC.COM Jun 01 2020 23:43:00      Syncb/Hsn,    Po Box 965017,    Orlando, FL 32896-5017
5306249        +EDI: RMSC.COM Jun 01 2020 23:43:00      Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
5306250        +EDI: RMSC.COM Jun 01 2020 23:43:00      Syncb/Payp,    Po Box 965005,    Orlando, FL 32896-5005
5306251        +EDI: RMSC.COM Jun 01 2020 23:43:00      Syncb/Qvc,    Po Box 965018,    Orlando, FL 32896-5018
5307334        +EDI: RMSC.COM Jun 01 2020 23:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5326408        +E-mail/Text: bncmail@w-legal.com Jun 01 2020 20:01:51      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5306252        +EDI: WTRRNBANK.COM Jun 01 2020 23:43:00      Td Bank Usa/Targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
5306254        +EDI: WFFC.COM Jun 01 2020 23:43:00      Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5306247          Swiss Colony,    PO Box 2814
5318912*       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5318915*       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:

```
James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
 bkgroup@kmllawgroup.com
Patrick James Best    on behalf of Debtor 2 William G Mahon patrick@armlawyers.com,
 kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
Patrick James Best    on behalf of Debtor 1 Marjorie A Mahon patrick@armlawyers.com,
 kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
 PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | Marjorie A Mahon | Social Security number or ITIN xxx–xx–2082 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | William G Mahon | Social Security number or ITIN xxx–xx–1699 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–00726–RNO | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marjorie A Mahon                William G Mahon

**By the court:**  *Robt N. Opel II*

6/1/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**