```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00726-RNO
Marjorie A Mahon                                                Chapter 7
William G Mahon
         Debtors
## CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin              Page 1 of 1           Date Rcvd: Jun 02, 2020
                              Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db/jdb         +Marjorie A Mahon,    William G Mahon,    123 Snowflake Dr,    Blakeslee, PA 18610-7865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 2 William G Mahon patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 1 Marjorie A Mahon patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Marjorie A Mahon,<br>**Debtor 1**<br>William G Mahon,<br>**Debtor 2** | Chapter 7<br><br>Case No. 5:20–bk–00726–RNO |

Social Security No.:
xxx–xx–2082   xxx–xx–1699

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 1, 2020

BY THE COURT
By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)